No. 10–6438. ZAVALA v. DRUG ENFORCEMENT AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 10–6460. MARCUM v. OHIO ADULT PAROLE AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 10–6487. DURRANTE v. KARESTES ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6496. GIST v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6498. SIMPSON v. DANFORTH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–6512. BROWN v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 10–6516. KENDRICKS v. BARROW, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–6520. BRIM, AKA HORNE v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6527. HENDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6538. MOON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6543. FOREMAN ET AL. v. LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6554. ROADCAP v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6580. SCHLUSSEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–6593. GATLIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.